Al Lustgarten, Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866   Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,  )
                              )
        Plaintiff,    vs.     )  Case No.: 8:11-CV-01722-WDK-FMOx
                              )
MANDY D. NGUYEN, et al,       )  **RENEWAL OF JUDGMENT BY CLERK NUNC PRO TUNC\
                              )  TO MARCH 25, 2023 PER ORDER, [37]**
        Defendant,            )
                              )

 Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

   Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Mandy D. Nguyen, an individual d/b/a Café Xinh Xinh, entered on March 25, 2013, be and the same is hereby renewed in the amounts as set forth below:

   Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 8,670.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | $ | **8,670.00** |
| d. | Credits | $ | 2,486.47 |
| e. | Subtotal *(subtract d from c)* | $ | **6,183.53** |
| f. | Interest after judgment (.15%) | $ | 128.12 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| **h.** | Total renewed judgment (add e, f and g) | $ | **6,311.65** |

Dated: October 16, 2023 NUNC PRO TUNC TO MARCH 25, 2023.

CLERK, by Deputy _____

Kiry A. Gray,
Clerk of U.S. District Court

Renewal of Judgment